IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW BANSEPT | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-04679 |
| | : |
| G&M AUTOMOTIVE, | : |
| *d/b/a* MCGARRIGLE'S | : |
| AUTO REPAIR, ET AL. | : |

# **O R D E R**

**AND NOW**, this  22nd  day of   January   , 2020, upon consideration of Motion to Dismiss Plaintiff's First Amended Complaint By Defendants Pursuant to F.R.C.P. 12(b)(6) (ECF No. 9), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**
