IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW BANSEPT : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-04679 |
| : | |
| G&M AUTOMOTIVE, : | |
| *d/b/a* MCGARRIGLE'S : | |
| AUTO REPAIR, ET AL. : | |

# O R D E R

**AND NOW**, this 26th day of August 2021, upon consideration of the Motion of Defendants for Summary Judgment (ECF No. 34), and Plaintiff's Motion for Partial Summary Judgment (ECF No. 35), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion (ECF No. 34) is **GRANTED** in part and **DENIED** in part, and Plaintiff's Motion (ECF No. 35) is **GRANTED** in part and **DENIED** in part, as follows:

1. Defendants' Motion (ECF No. 34) is granted as to Defendant Michelle McGarrigle, and as to Plaintiff's claims under the WPCL. It is denied in all other respects.

2. Plaintiff's request to dismiss the First, Third, Fourth, Sixth, Seventh, Ninth and Tenth Affirmative Defenses is granted.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**